UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON EDWARD NUNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:17-cv-2683-EFB<br><br><br><br>ORDER |

On January 3, 2018, the court ordered plaintiff to submit documents for service of process to the United States Marshal within 14 days and to file a statement with the court that said documents had been submitted. ECF No. 3. To date, plaintiff has not complied with the court's order.[1]

Accordingly, it is hereby ORDERED that, within 14 days of the date of this order, plaintiff shall comply with the court's January 3, 2018 order. Plaintiff is warned that failure to comply this order may result in the dismissal of this case.

DATED: May 31, 2018.

　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has plaintiff filed his consent to proceed before the undersigned or request for assignment of a United States District Judge.