MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| AARON EDWARD NUNES,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>Defendant. | ) | CIVIL NO. 2:17-cv-02683-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between Aaron Edward Nunes ("Plaintiff") and Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motion. The current due date is January 7, 2019, and the new due date would be February 20, 2019. Any reply would be due on March 11, 2019. Defendant requests additional because her undersigned counsel inadvertently mis-calendared her response date. Defense counsel requests a 45-day extension because she will be on leave from the office from January 10, 2019 through January 22, 2019 and from

February 7, 2019 through February 12, 2019 and currently has 15 dispositive motions and two oral arguments due prior to the requested extension date. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 7, 2019

WEEMS LAW OFFICE

By: /s/ *Robert Weems**
ROBERT WEEMS
(*As authorized by email on January 7, 2019)
Attorneys for Plaintiff

Dated: January 7, 2019

MCGREGOR W. SCOTT
Acting United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

**ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before February 20, 2019. Plaintiff shall file any reply thereto on or before March 11, 2019.

DATED: January 7, 2019.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE